

UNITED STATES of America,
Plaintiff–Appellee

v.

Ruben FELAN–SOTELO, also known
as Ruben Sotelo–Felan, Defendant–
Appellant.

No. 04–50559.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 8, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, Angela S. Raba, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Suite B–207, M. Carolyn Fuentes, Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before DAVIS, JONES and GARZA, Circuit Judges.

PER CURIAM: *

AFFIRMED. See 5th Circuit Local Rule 47.6.

---

Larry GREEN, Plaintiff–Appellant

v.

William E TILLEY, etc.;
et al, Defendants

John S Craft, Sheriff; Danny Hunt,
Defendants–Appellees.

No. 04–30556
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 8, 2005.

Larry Green, Deridder, LA, pro se.

David R. Lestage, Hall, Lestage & Landreneau, Deridder, LA, for Defendant–Appellee.

Before KING, Chief Judge, and BARKSDALE and BENAVIDES, Circuit Judges.

PER CURIAM: *

In this pro se civil rights case, Larry Green challenges the district court's orders setting aside the entry of default judgments. Green has filed a motion for an emergency protective order and a motion to sever the appeal. These motions are DENIED.

We do not have jurisdiction to review the district court's orders setting aside the

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.